Ameriquest
PO Box 11000
Santa Ana, CA 92711-1000

City Residental Lending
PO Box 11000
Santa Ana, CA 92711-1000

| | |
|---|---|
| Deutsche Bank National Trust Co.<br>c/o Routh Crabtree, Olsen P.S.<br>3535 Factoria Blvd SE ST 200<br>Bellevue, WA 89006 | 135,000.00 |
| Household Financial Corp.<br>3415 Pacific Avenue, SE<br>Olympia, WA 98501 | 9,452.00 |
| Bank of America<br>PO Box15026<br>Bloomington, DE 19850-5026 | 3,000.00 |
| Key Visa<br>PO Box 142319<br>Irving, TX 75014-2319 | 850.00 |
| Sears<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | 3,146.00 |
| Discover Card<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | 6,295.00 |
| Providian, Ameriquest<br>Now HSBC<br>PO Box 5250<br>Carol Stream. IL 60197-5250 | 7,747.00 |

FROM:
RENATE T. MULLER
FILE (CASE #)
09-45373-PBS

P. 1 of 2

FILED 2009 JUL 29 AM 10:03
M.L. HATCHER CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT TACOMA
BY_____ DPTY CLK

July 28, 2009

P. 2 of 2

FROM: RENATE T. MOLLER

CASE # 09-45373-PBS

| | |
|---|---|
| Washington Mutual Master<br>PO Box 99604<br>Dallas, TX 76096-0433 | 4,135.00 |
| Washington Mutual Visa<br>PO Box 990433<br>Dallas, TX 75266-0433 | 11,000.00 |
| Credit One<br>PO Box 98873<br>Las Vegas, NV 89193 | 500.00 |
| HSBC<br>PO Box 80084<br>Salinas, CA 93912-0084 | 3,020.00 |
| City Card<br>PO Box 6000<br>The Lakes, NV 89163 | 900.00 |
| Chevron Card<br>PO Box 981430<br>El Paso, TX 79998-1430 | 796.00 |
| American Express<br>PO BOX 650448<br>Dallas, TX 75265 | 3,119.00 |
| City Financial<br>1520 Cooper Point Rd, SW<br>Olympia 92502 | 3,894.00 |
| Capitol One<br>PO BOX 30285<br>Salt Lake City, UT 41 00285 | 466.00 |

JULY 28, 2009